IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1728-AP**

**CHRISTINE MARIE BUNDY,**

   Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

   Defendant.

# ORDER

Kane, J.

   Defendant's Unopposed Motion to Remand (doc. #12), filed September 29, 2014, is **GRANTED**.

   This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

   Dated:  September 29, 2014.

              BY THE COURT:

              *s/John L. Kane*
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT